United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-14494-mdc
Sherron D. Wilson                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2              Date Rcvd: Dec 01, 2016
                             Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.
```
db         +Sherron D. Wilson,    5210 N. 11th Street,    Philadelphia, PA 19141-2809
cr         +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
             Harrisburg, PA 17102-2305
13354735   +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
13321299   +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13321301   +First National Collect,    610 Waltham Way,    Mccarran, NV 89434-6695
13345226    Jefferson University Hospitals,    State Collection Service,    2509 S. Stoughton Road,
             PO BOX 6250,   Madison WI 53716-0250
13321302   +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13321305    Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13321307   +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13447766   +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    Pennsylvania Housing Finance Agency,
             211 North Front Street,    Harrisburg, PA 17101-1406,    Attn: ALSV / Anne
13353860    US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13321309   +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13448246   +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:33
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13321297    E-mail/Text: bkrpt@retrievalmasters.com Dec 02 2016 02:18:36     AMCA,    PO Box 1235,
             Elmsford, NY 10523-0935
13321298    E-mail/Text: cms-bk@cms-collect.com Dec 02 2016 02:18:12     Capital Management Services, LP,
             698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
13321303   +E-mail/Text: blegal@phfa.org Dec 02 2016 02:18:38     Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
13321304   +E-mail/Text: bankruptcygroup@peco-energy.com Dec 02 2016 02:18:12     Peco Energy,
             2301 Market Street,    Philadelphia, PA 19103-1380
13321306   +E-mail/Text: Supportservices@receivablesperformance.com Dec 02 2016 02:19:14
             Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
13321308   +E-mail/Text: External.Collections@phoenix.edu Dec 02 2016 02:19:12     University Of Phoenix,
             4615 E Elwood St Fl 3,    Phoenix, AZ 85040-1908
13321310    E-mail/Text: james.feighan@phila.gov Dec 02 2016 02:19:15     Water Revenue Bureau,
             1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Sherron D. Wilson dmo160west@gmail.com,
               davidoffenecf@gmail.com
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Dec 01, 2016
                              Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                      TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHERRON D. WILSON                               Chapter 13

                    Debtor            Bankruptcy No. 14-14494-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___1st___ day of ___December___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
SHERRON D. WILSON

5210 N. 11TH STREET

PHILADELPHIA, PA 19141